# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Alfredo Gonzalez-Munoz**   *PRINCIPAL*   Mexico
YOB: 2000

## CRIMINAL COMPLAINT

Case Number:

M-19- 1131 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 15, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Miriam Maricela Portillo-Mejia, Jose Rafael Santos-Arita, and Josue Yonathan Lopez-Reyes, citizens and nationals of Honduras, along with five (5) other undocumented aliens for a total of eight (8), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to another location near Mission, Texas, by means of a motor vehicle.**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)   FELONY**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**On May 15, 2019, camera operators observed multiple suspected illegal aliens boarding a Suburban near Mission, Texas. Air assets located the vehicle and observed multiple subjects getting out of the Suburban and boarding a red pickup truck. A responding Agent followed the truck and observed the vehicle being driven erratically, attempting to flee. A Mission Police Officer caught up to the vehicle and attempted to conduct a traffic stop. The driver failed to yield and led law enforcement to a pursuit.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

/s/ Signature of Complainant

Approved by Amy L. Greenbaum 5/16/19

Gerardo Montalvo   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

May 16, 2019 — 4:51 p.m.                at   McAllen, Texas
Date                                          City and State

Juan F. Alanis         , U. S. Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-19- 1131 -M

RE: Alfredo Gonzalez-Munoz

**CONTINUATION:**

The driver came to a stop after wrecking the vehicle near a canal. The air operator then observed nine subjects bail out of the vehicle. Agents responded and were able to arrest the nine subjects that were seen absconding from the vehicle.

Agents questioned the subjects in the field and determined that all nine subjects were illegally present in the United States. In addition, a subject that was in the red pickup truck provided a physical description of the driver, who was later identified as Alfredo GONZALEZ-Munoz. All subjects were transported to the Border Patrol Station for processing.

**PRINCIPAL STATEMENT:**
Alfredo GONZALEZ-Munoz was advised of his Miranda Rights and agreed to provide a sworn statement without an attorney.

GONZALEZ initially stated that he crossed the river and was picked up in a vehicle driven by another individual. GONZALEZ subsequently recanted his statement and claimed that he was forced by a Mexican cartel to transport illegal aliens. GONZALEZ stated that he has been instructed to pick up illegal aliens and stated that his responsibility is to meet other drivers and transfer the aliens into his vehicle. GONZALEZ stated he has been engaging in this activity for the last three weeks, and gets paid about $100 (USD) per day. GONZALEZ stated he was instructed not to say anything to law enforcement and threw away his cellphone when officers were chasing him.

**MATERIAL WITNESS 1:**
Miriam Maricela PORTILLO-Mejia was read her Miranda Rights and agreed to provide a sworn statement without an attorney.

PORTILLO, a citizen of Honduras, stated she crossed into the United States with a group of nine people. PORTILLO stated that once they entered United States, they got picked up in a vehicle. PORTILLO stated that the vehicle crashed and she was arrested shortly after. PORTILLO identified Alfredo GONZALEZ-Munoz, through an official CBP photo lineup, as the driver.

**MATERIAL WITNESS 2:**
Jose Rafael SANTOS-Arita was read his Miranda Rights and agreed to provide a sworn statement without an attorney.

SANTOS, a citizen of Honduras, stated he crossed the river and was instructed on what path to walk in order to arrive at a specific location where a vehicle would be waiting. SANTOS stated that when the group followed the specific route, they observed a vehicle waiting and boarded it. SANTOS stated they later swapped vehicles and boarded the bed of a red pickup truck. SANTOS stated the truck drove off at a high rate of speed and eventually crashed and hurt himself at the moment of impact.